# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KAMINSKI, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-01379 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 5, 2018 <br><br> (Doc. 6) |

On November 5, 2018, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to prosecute and failure to comply with the Court's order. (Doc. 6) On November 7, 2018, Plaintiff filed a timely response to the order (Doc. 7) as well as his Second Amended Complaint. (Doc. 9) Accordingly, the Court **DISCHARGES** the Order to Show Cause dated November 6, 2018 (Doc. 6).

IT IS SO ORDERED.

Dated: **November 11, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE