# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KAMINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-1379 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 1, 2019<br><br>(Doc. 27) |

On October 1, 2019, the Court directed the Commissioner of Social Security to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's order to serve a response to Plaintiff's confidential brief and file proof of service. (Doc. 27) In the alternative, the Court directed the Commissioner to file proof of service of a responsive brief within fourteen days. (*Id.* at 2) On October 11, 2019, the Commissioner served Plaintiff with a response and filed proof of service with the Court. (Doc. 28) Accordingly, the order to show cause dated October 1, 2019 (Doc. 28) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated: __**October 15, 2019**__　　　　　____**/s/ Jennifer L. Thurston**____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE