**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KAMINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-1379 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF 45 DAYS AND DIRECTING THE COMMISSIONER TO FILE A RESPONSE NO LATER THAN JANUARY 16, 2020<br><br>(Doc. 31) |

　　　　John Kaminski seeks judicial review of the administrative decision denying his application for Social Security benefits and filed his opening brief in the action on November 2, 2019. (Doc. 30) Pursuant to the terms of the Scheduling Order, Defendant's responsive brief was due on December 2, 2019. (*See* Doc. 20-1 at 2) After the expiration of the deadline, on December 5, 2019, the Commissioner filed a stipulation of the parties for an extension of time, requesting an extension of 45 days to file response to Plaintiff's opening brief. (Doc. 31 at 1)

　　　　Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties, which has not yet been used by the parties. (Doc. 20-1 at 3) However, beyond the request for thirty days, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.* at 3) Accordingly, the Court construes the stipulation of the parties to be a motion by the Commissioner for modification of the scheduling order. The Commissioner asserts the extension is necessary because counsel "has a significant amount of use-or-lose leave that

1

must be expended by the end of this year," with leave planned from December 9-13, 2019, and December 23 to January 3, 2020. (Doc. 31 at 1) Counsel reports the extension will allow him "to manage a heavy caseload, and to properly evaluate and response to Plaintiff's contentions upon his return from vacation." (*Id.*) Plaintiff does not oppose the request, and it does not appear Plaintiff would suffer prejudice for the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of 45 days (Doc. 15) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the opening brief no later than **January 16, 2020**; and
3. The Commissioner is advised no further extensions of time will be granted without the filing of a motion supported by exceptionally good cause.

IT IS SO ORDERED.

Dated: **December 6, 2019**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE